# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| United States of America, | **Case No. CR 10-58 RHK/JJG** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CRIMINAL CASE** |
| Yem Nguyen | |
| Defendant. | |

(X)  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

(1) Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Doc. No. 70) is **DENIED ON THE MERITS AND WITH PREJUDICE**; and

(2) Defendant will **NOT** be granted a Certificate of Appealability in this matter.

Date: June 4, 2012                                                                 RICHARD D. SLETTEN, CLERK

                                                                                                    s/ Kim Krulas

                                                                                                   (By) Kim Krulas, Deputy Clerk