# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| United States of America, | **Case No. Civ. No. 12-73 (RHK)**<br>**CR 10-58 (RHK/JJG)** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CRIMINAL CASE** |
| Yem Nguyen | |
| Defendant. | |

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

(1) Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Doc. No. 70) is **DENIED ON THE MERITS AND WITH PREJUDICE**; and

(2) Defendant will **NOT** be granted a Certificate of Appealability in this matter.

Date: June 4, 2012                                         RICHARD D. SLETTEN, CLERK

                                                           s/ Kim Krulas
                                                           (By) Kim Krulas, Deputy Clerk